**B1 (Official Form 1)(1/08)**

# United States Bankruptcy Court
## Northern District of California

# Voluntary Petition

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Shah, Nilesh** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Discount Club** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-0599** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**48477 Cereus Court**<br>**Fremont, CA**<br>ZIP Code **94539** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shah, Nilesh** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Jagruti Nilesh Shah** | Case Number: **10-40467** | Date Filed: **1/15/10** |
|---|---|---|
| District: **Northern District of California Alameda County** | Relationship: **Wife** | Judge: **Jellen** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Patrick Calhoun**     **April 7, 2010** <br> Signature of Attorney for Debtor(s)     (Date) <br> **Patrick Calhoun 056671** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Shah, Nilesh** |
|---|---|

*(This page must be completed and filed in every case)*

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nilesh Shah**
Signature of Debtor **Nilesh Shah**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Patrick Calhoun**
Signature of Attorney for Debtor(s)

**Patrick Calhoun 056671**
Printed Name of Attorney for Debtor(s)

**Sagaria Law, P.C.**
Firm Name

**333 West San Carlos Street**
**Suite 1700**
**San Jose, CA 95110**
Address

**Email: SagariaBK@SagariaLaw.com**
**408-279-2288 Fax: 408-279-2299**
Telephone Number

**April 7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re **Nilesh Shah**                                                                                     Case No. _____

                                          Debtor(s)                                                      Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                                 Best Case Bankruptcy

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Nilesh Shah**
**Nilesh Shah**

Date: **April 7, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Nilesh Shah**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanta Bank Corporation<br>P.O. Box 8088<br>Philadelphia, PA 19101 | Advanta Bank Corporation<br>P.O. Box 8088<br>Philadelphia, PA 19101 | Credit | | 7,627.52 |
| American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | Business Loan | | 23,275.00 |
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886 | Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886 | Business Loan | | 21,367.51 |
| Bank of America<br>P.O.Box 15710<br>Wilmington, DE 19886 | Bank of America<br>P.O.Box 15710<br>Wilmington, DE 19886 | Business Loan | | 19,871.32 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285 | Bank of America<br>PO Box 851001<br>Dallas, TX 75285 | Credit | | 12,680.22 |
| Blue Moon Wine<br>712 Bancroft Road #463<br>Walnut Creek, CA 94598 | Blue Moon Wine<br>712 Bancroft Road #463<br>Walnut Creek, CA 94598 | Expense | | 8,721.00 |
| Chase<br>Card Member Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase<br>Card Member Services<br>P.O. Box 94014<br>Palatine, IL 60094 | Credit | | 7,959.62 |
| Chase Card Member Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Chase Card Member Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | Personal Loan | | 6,623.30 |
| Ciena Capital, LLC.<br>PO Box 26507<br>Greenville, SC 29616 | Ciena Capital, LLC.<br>PO Box 26507<br>Greenville, SC 29616 | Business Loan | | 1,113,593.40 |
| Citi Cards<br>PO Box 6418<br>The Lakes, NV 88901 | Citi Cards<br>PO Box 6418<br>The Lakes, NV 88901 | Business Loan | | 16,846.69 |
| Digital Credit Union<br>220 Donald Lynch Blvd<br>Marlborough, MA 01752 | Digital Credit Union<br>220 Donald Lynch Blvd<br>Marlborough, MA 01752 | 2007 Toyota Sienna<br>Mileage - 30,000 | | 36,813.36<br><br>(16,140.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Nilesh Shah**
         Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197 | Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197 | Business Loan | | 11,232.60 |
| Food Island<br>230 E. Third Street<br>Mount Vernon, NY 10553 | Food Island<br>230 E. Third Street<br>Mount Vernon, NY 10553 | Expense | | 10,241.00 |
| Geary Wholesale Company<br>455 Toland<br>San Francisco, CA 94124 | Geary Wholesale Company<br>455 Toland<br>San Francisco, CA 94124 | Expense | | 13,500.00 |
| State Board of Equalization<br>250 South Second Street<br>San Jose, CA 95113 | State Board of Equalization<br>250 South Second Street<br>San Jose, CA 95113 | Expense | | 19,147.00 |
| Terminix<br>889 Station Road<br>Burlingame, CA 94010 | Terminix<br>889 Station Road<br>Burlingame, CA 94010 | Expense | | 6,001.00 |
| US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Credit Line | | 8,635.21 |
| Wells Fargo Business Line<br>PO Box 54349<br>Los Angeles, CA 90054 | Wells Fargo Business Line<br>PO Box 54349<br>Los Angeles, CA 90054 | Business Loan | | 14,906.11 |
| Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA 90030 | Wells Fargo Card Services<br>PO Box 30086<br>Los Angeles, CA 90030 | Credit | | 25,673.49 |
| Wine Wearhouse<br>C/O Law Offices of Sweet S. Walker<br>P.O. Box 27558<br>San Francisco, CA 94127 | Wine Wearhouse<br>C/O Law Offices of Sweet S. Walker<br>P.O. Box 27558<br>San Francisco, CA 94127 | Expense | | 7,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Nilesh Shah**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 7, 2010**

Signature  **/s/ Nilesh Shah**
           **Nilesh Shah**
           Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Nilesh Shah**  
Debtor(s)

Case No.  
Chapter **11**

# CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of **6** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **April 7, 2010**

**/s/ Patrick Calhoun**  
Signature of Attorney  
**Patrick Calhoun 056671**  
**Sagaria Law, P.C.**  
**333 West San Carlos Street**  
**Suite 1700**  
**San Jose, CA 95110**  
**408-279-2288   Fax: 408-279-2299**

Shah, Nilesh -

Advanta Bank Corporation
P.O. Box 8088
Philadelphia, PA 19101


American Canyon RCS & MC.
2021 Broadway St.
Vallejo, CA 94589


American Express
P.O. Box 0001
Los Angeles, CA 90096


American Express
P.O. Box 0001
Los Angeles, CA 90096


AT & T Mobility
PO Box 515188
Los Angeles, CA 90051


Bank of America
PO Box 851001
Dallas, TX 75285


Bank of America
P.O.Box 15710
Wilmington, DE 19886


Bank of America
P.O. Box 15726
Wilmington, DE 19886

Shah, Nilesh -

Blue Moon Wine
712 Bancroft Road #463
Walnut Creek, CA 94598

Chase
Card Member Services
P.O. Box 94014
Palatine, IL 60094

Chase Card Member Services
P.O. Box 94014
Palatine, IL 60094-4014

Chase Card Member Services
P.O. Box 94014
Palatine, IL 60094-4014

Ciena Capital, LLC.
PO Box 26507
Greenville, SC 29616

Citi Cards
PO Box 6418
The Lakes, NV 88901

City of American Canyon
P.O. Box 1410
Suisun City, CA 94585

Creditors Trade Association Inc.
P.O. Box 191910
San Francisco, CA 94119

Shah, Nilesh -

Digital Credit Union
220 Donald Lynch Blvd
Marlborough, MA 01752


Discover
P.O. Box 6103
Carol Stream, IL 60197


Donald E. Bloom
3130 24th Street #A
San Francisco, CA 94110


Food Island
230 E. Third Street
Mount Vernon, NY 10553


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011


Geary Wholesale Company
455 Toland
San Francisco, CA 94124


Greenan Peffer Sallander & Lally LLP
6111 Bollinger Canyon Road #500
San Ramon, CA 94583


Henry Ice Cream
5970 Grivin Dr.
Oakland, CA 94611

Shah, Nilesh -

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Jad Massis
C/O Paul Tour-Sarkissian
211 Gough St. 3rd Floor
San Francisco, CA 94102


Julnar Msalam
91 E. Portal Way
Daly City, CA 94015


Khalil Msalam
91 El Portal Way
Daly City, CA 94015


Law Office of Donald Sternberg
5525 Oakdale Ave #170
Woodland Hills, CA 91364


Nabil Msalam
485 Tillerlane
Redwood City, CA 94062


Regel Wine Company
P.O. Box 60000
San Francisco, CA 94160


Robinson - Kappos
3785 Brickway Blvd., #210
Santa Rosa, CA 95403

Shah, Nilesh -


State Board of Equalization
250 South Second Street
San Jose, CA 95113


Stephen M. Kappos Esq.
Robinson-Kappos
3785 Brickway Blvd. Ste 210
Santa Rosa, CA 95403


Teresi Partners LLC
110 Darve Place
San Bruno, CA 94066


Terminix
889 Station Road
Burlingame, CA 94010


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Wells Fargo Business Line
PO Box 54349
Los Angeles, CA 90054


Wells Fargo Card Services
PO Box 30086
Los Angeles, CA 90030

Shah, Nilesh -

Wine Wearhouse
C/O Law Offices of Sweet S. Walker
P.O. Box 27558
San Francisco, CA 94127